IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRIDGET JEANNINE BROOKS,

      Appellant,

v.                                Case No.    5D22-1730
                                        LT Case No. 2020-DR-002817-0

CEDRIC JOHNSON,

      Appellee.

_____/

Decision filed December 30, 2022

Nonfinal Appeal from the Circuit Court
for Orange County,
Michael Kraynick, Judge.

Samuel T. Lea, of Law Office of Samuel
T. Lea, Orlando, for Appellant.

Matthew B. Capstraw, of The Marks
Law Firm, Orlando, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and WOZNIAK, JJ., concur.